IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| Patrick Adair, | ) |
| *Plaintiff*, | ) ) ) Case No. 18-cv-06305 |
| v. | ) ) Magistrate Judge Lisa A. Jensen |
| Warden Varga et al , | ) ) |
| *Defendant*. | ) |

**ORDER**

REPORT AND RECOMMENDATION: Telephonic status hearing held 5/11/2022. Plaintiff Patrick Adair did not appear to today's hearing. This is the second time Plaintiff has failed to appear in violation of this Court's orders. Previously, on 5/5/2022, Plaintiff failed to appear at a telephonic status conference. On 4/28/2022, the Court's order setting the telephonic hearing scheduled for 5/5/2022 was mailed to Plaintiff at his address on the docket. On 5/5/2022, this Court warned Plaintiff that his failure to appear at the next status hearing on 5/11/2022 may result in a report and recommendation that this case be dismissed for want of prosecution. On 5/5/2022, the Court's order was mailed to Plaintiff at his address on the docket. Plaintiff failed to appear on 5/11/2022 and has not notified the Court or defense counsel of any reason why he was unable to appear. Defense counsel reports that she had spoken with Plaintiff Patrick Adair on 5/10/2022 and has confirmed he was informed of the 5/11/2022 telephonic hearing. Additionally, by 4/22/2022, Plaintiff was ordered to file a response brief, to include any additional exhibits and witness list for the Pavey hearing previously scheduled for 5/11/2022 [Dkt. 99]. Plaintiff failed to submit the response brief as ordered. Therefore, it is this Court's report and recommendation that Defendants' motion to dismiss for lack of prosecution [100] be granted and the case be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). Any objection to this report and recommendation must be filed by 5/25/2022. See Fed. R. Civ. P. 72(b). The failure to file a timely objection may result in the waiver of objections on appeal. See Provident Bank v. Manor Steel Corp., 882 F.2d 258, 260-61 (7th Cir. 1989). The Clerk is directed to mail a copy of this order to Plaintiff Patrick Adair. Signed by the Honorable Lisa A. Jensen on 5/11/2022.

Date: 5/11/2022    By: *Lisa A. J.*
Lisa A. Jensen
United States Magistrate Judge

1