### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Patrick Adair,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Warden Varga, *et al.*,<br><br>　　　　Defendants. | Case No. 18 C 6305<br><br>Hon. Iain D. Johnston |

### ORDER

　　This matter comes before the Court on the May 11, 2022 Report and Recommendation [103] of Magistrate Judge Jensen that Defendants' motion to dismiss for lack of prosecution be granted and the case be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). Any objection was to have been filed by May 25, 2022, and no objection has been received. Finding no error, the Court adopts the Report and Recommendation [103] in full. Defendants' motion to dismiss [100] is granted, and the case is dismissed with prejudice for want of prosecution. *See* Fed. R. Civ. P. 41(b); *see also McInnis v. Duncan*, 697 F.3d 661, 664 (7th Cir. 2012) (dismissal is appropriate sanction for repeated failure to attend hearings where plaintiff has been warned of the possibility of dismissal). The Clerk is directed to enter final judgment and mail a copy of this order to Plaintiff at his address on the docket.

Date: May 27, 2022　　　　　　By:　_____
　　　　　　　　　　　　　　　　　Iain D. Johnston
　　　　　　　　　　　　　　　　　United States District Judge